**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

DOROTHY MAYS,

    Plaintiff,

vs.

OCWEN LOAN SERVICING, LLC, a Corporation,

    Defendant.

_____/

CASE NO.

(Formerly Broward County Court Case No. 2017-COCE-001567)

## DEFENDANT'S NOTICE OF REMOVAL

Defendant OCWEN LOAN SERVICING, LLC ("OCWEN") removes the action currently pending in the County Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, Case No. 2017-COCE-001567 (the "State Court Action"), to the United States District Court for the Southern District of Florida, pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1331. Federal question jurisdiction arises under the Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. § 2601, *et seq*. The grounds for removal of the State Court Action are more fully set forth below.

        **A.**    **BACKGROUND & CONDITIONS OF REMOVAL**

1. On or about January 26, 2017, Dorothy Mays ("Plaintiff") filed this lawsuit in the County Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, Civil Case No. 2017-COCE-001567. Plaintiff has asserted a cause of action against OCWEN for alleged violations of 12 C.F.R. § 1024 ("Regulation X") and RESPA. On January 30, 2017, Plaintiff effected service of process on OCWEN.

2. Venue is proper in the United States District Court for the Southern District of

Mays v. Ocwen
Case No. _____
Ocwen's Notice of Removal
Page 2

Florida because the case is being removed from the County Court of the Seventeenth Judicial Circuit in and for Broward County, Florida.

3. Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of any of OCWEN's rights to assert any defenses or affirmative claims, including a counterclaim.

4. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is being filed within thirty (30) days from the date of OCWEN's receipt of the initial pleading.

5. This action is not a non-removable action as described under 28 U.S.C. § 1445.

6. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process and pleadings served as of this date is attached hereto as **Composite Exhibit "A."**

7. In accordance with 29 U.S.C. § 1446(d), contemporaneously with the filing of this Notice of Removal, OCWEN has served Plaintiff with a copy of this Notice of Removal and has filed a Notice of Filing Notice of Removal with the Clerk of the Court for the Seventeenth Judicial Circuit in Broward County, Florida. A copy of the Notice of Filing Notice of Removal (without attachments) is attached hereto as **Exhibit "B."**

## B.     THE COMPLAINT

8. Plaintiff sued OCWEN seeking damages for purported violations of Regulation X and RESPA for allegedly failing to provide a written acknowledgment letter to Plaintiff's request for information ("RFI") within 5 business days of receiving the RFI. *See* **Composite Exhibit "A."**

9. Plaintiff alleges a claim under Regulation X and RESPA pursuant to 12 U.S.C. § 2605(k)(1)(E).

## C.     FEDERAL QUESTION JURISDICTION

10.     Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a state court of which the district court of the United States have original jurisdiction, may be removed by the defendants, to the district court of the United States….where such action is pending." This Court has original jurisdiction under 28 U.S.C. § 1331 because there is a claim under federal law – Regulation X and RESPA.

### D.     CONCLUSION

11.     Removal of this case is timely and appropriate, and this Court has federal question jurisdiction over this action. OCWEN respectfully requests that this Court take jurisdiction over this matter and remove this action from the County Court of the Seventeenth Judicial Circuit in and for Broward County, Florida to the United States District Court for the Southern District of Florida.

**WHEREFORE** Defendant OCWEN respectfully requests that the aforesaid action now pending in the County Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, No. 2017-COCE-001567 be removed to this Honorable Court.

Respectfully Submitted,

By: /s/ C. Wade Bowden
**C. Wade Bowden, Esq.,**
**Florida Bar No. 090735**
**bowdenw@gtlaw.com**
**chalkleyt@gtlaw.com**
FLService@gtlaw.com
GREENBERG TRAURIG, P.A.
777 S. Flagler Drive, Suite 300 East
West Palm Beach, FL 33401
Telephone: (561) 650-7915
Facsimile: (561) 655-6222
**Tyrone A. Adras, Esq.**
**Florida Bar No. 107294**
**adrast@gtlaw.com**

WPB 383955222v1

**chalkleyt @gtlaw.com**
**FLService@gtlaw.com**
GREENBERG TRAURIG, P.A.
777 S. Flagler Drive, Suite 300 East
West Palm Beach, FL 33401
Telephone:  (561) 650-7930
Facsimile:  (561) 655-6222
*Counsel for OCWEN*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 28th day of February, 2017, a true and correct copy of the foregoing **Defendant's Notice of Removal** was served via email to Glen Lindsay, Esq. of Saavedra Goodwin, eservice@saavlaw.com.

/s/ C. Wade Bowden
    C. Wade Bowden